

FILED

JAN 2 6 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                )    Case No. 09-35077-D-13L
                   )    Docket Control No. [none]
ILONA and GREGORIO SAMPAYAN,  )
                   )
                   )
          Debtors.  )
_____)

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>**MEMORANDUM DECISION**</u>

On July 21, 2009 Ilona and Gregorio Sampayan, the debtors herein, filed their Chapter 13 case.  On October 5, 2009 the court conducted a continued hearing on First Federal Bank's ("First Federal") motion for relief from automatic stay. Following the hearing the court granted First Federal relief from stay by order entered October 6, 2009 (the "Relief From Stay Order").  On January 20, 2010 the debtors filed a Notice of Motion and Motion to Vacate Order, and Memorandum of Points and Authorities in Support Thereof (the "Motion").  The Motion seeks to "vacate" the Relief From Stay Order.  The debtors seek this relief on an ex parte basis without a hearing after notice to First Federal.  For the reasons stated, the Motion will be denied.

1      The Motion is procedurally defective. First, the Motion is
2  governed by Fed. R. Bankr. P. 9014, and as such, the relief
3  requested can only be granted after a hearing on notice to First
4  Federal. Second, the Motion does not comply with Local Bankruptcy
5  Rule 9014-1(c). Third, the notice, motion and memorandum of
6  points and authorities are all filed as a single document
7  contrary to Local Bankruptcy Rule 9014-1(d) and the court's
8  Guidelines for the Preparation of Documents.

9      The court will turn to the merits of the Motion.  The Motion
10 requests that the court vacate the Relief From Stay Order
11 pursuant to Fed. R. Civ. P. 60(b)(2), as made applicable by Fed.
12 R. Bankr. P. 9024, asserting newly discovered evidence.  However,
13 neither the Motion, nor the attendant declarations,  identify any
14 newly discovered evidence that, with reasonable diligence, could
15 not have been discovered in time for a new trial under Rule
16 59(b).  Accordingly, the debtors have not met their burden that
17 relief from the Relief From Stay Order is warranted under Rule
18 60(b)(2).

19     For the reasons stated the Motion will be denied by separate
20 order.

21
22 Dated: January 26, 2010        _Robert Bardwil_____
23                                ROBERT S. BARDWIL
                                  United States Bankruptcy Judge
24
25
26
27
28

- 2 -

# CERTIFICATE OF MAILING

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document on today's date to each of the parties listed below:

Kenneth Graham
171 Mayhew Way, #208
Pleasant Hill, CA 94523

Russell Greer
P.O. Box 3051
Modesto, CA 95353-3051

Office of the US Trustee
501 I Street, 7th Floor
Sacramento, CA 95814

DATE:    JAN 2 6 2010

Deputy Clerk